# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LORI KINNEY SULLIVAN,
AQUIDNECK TRUCKING, LLC,

     Plaintiffs,

     v.                       Case No.:  6:26-mc-00019-RBD-LHP

LIGHTSPEED TRUCKING, LLC,
ANTHONY WONG SHUE,
ANTHONY WONG SHUEII,
ANTHONY LI WONG SHUEJR.,
ANTHONY LI WONG SHUEII,

     Defendants,

## ORDER

Before the Court is Plaintiffs' Renewed Ex Parte[1] Motion for Issuance of Continuing Writ of Garnishment Against Salary or Wages.  Doc. No. 5.  Upon consideration, the motion is **GRANTED**.

On December 5, 2025, a final default judgment was entered in the United States District Court for the District of Massachusetts in favor of Plaintiffs Lori Kinney Sullivan and Aquidneck Trucking, LLC and against Defendant Anthony Wong Shue, a/k/a Anthony Wong Shue Jr., Anthony Wong Shue II, Anthony Li

---

[1] "Post-judgment writs of garnishment may be issued ex parte and without notice to the judgment debtor."  *Nationwide Judgment Recovery, Inc. v. Jacqueslouis*, No. 6:21-mc-76-PGB-EJK, 2023 WL 360490, at *1 (M.D. Fla. Jan. 23, 2023) (citations omitted).

Wong Shue, Jr. and Anthony Li Wong Shue II in the principle amount of $1,807,160.63, with costs in the amount of $405.00 and prejudgment interest of $343,360.51, for a total of $2,150,926.14.  Doc. No. 1.   On June 17, 2026, Plaintiffs registered a certified copy of that judgment in this Court.  *Id.  See also* 28 U.S.C. § 1963.

Having confirmed that Defendant is an employee of Reliable Doors Orlando, LLC, Plaintiffs now seek a continuing writ of wage garnishment pursuant to Florida Statute § 77.0305.  Doc. No. 5.  Plaintiffs state that the $2,150,926.14 judgment remains outstanding, and there remains due and owing on the judgment $2,196,876.99, which includes post-judgment interest.  *Id.* at 2.  Plaintiffs contend that Garnishee Reliable Doors Orlando, LLC "has in its possession and control funds due and payable to Defendant as periodic wages or salary that may be used to satisfy the judgment until it is paid in full."  *Id.* at 3.  Plaintiffs thus seek a continuing writ of garnishment against wages directed to Garnishee.  *Id.*  Plaintiffs submit with the motion a proposed writ.  Doc. No. 5-1.

A money judgment is enforceable by a writ of garnishment, and the writ must accord with the law of the state where the court is located.  Fed. R. Civ. P. 69(a)(1).  In Florida, "[e]very person or entity who has sued to recover a debt or has recovered judgment in any court against any person or entity has a right to a writ of garnishment."  Fla. Stat. § 77.01.  "Where the judgment debtor's salary or wages are

-2-

to be garnished to satisfy a judgment, Florida Statutes § 77.0305 allows the Court to issue a continuing writ of garnishment to the judgment debtor's employer." *Nationwide Judgment Recovery, Inc. v. Jacqueslouis*, No. 6:21-mc-76-PGB-EJK, 2023 WL 360490, at *1 (M.D. Fla. Jan. 23, 2023) (citing *Commc'n Ctr., Inc. v. Komatsu*, No. 6:05-cv-1254-Orl-31UAM, 2008 WL 114920, at *1 (M.D. Fla. Jan. 8, 2008)).  A continuing writ of garnishment provides for "periodic payment of a portion of the salary or wages of the judgment debtor as the salary or wages become due until the judgment is satisfied or until otherwise provided by court order."  *See* Fla. Stat. § 77.0305.

Chapter 77 of the Florida Statutes sets forth the procedure for obtaining a writ of garnishment under Florida law.  After judgment has been entered, but before the writ of garnishment is issued, the party seeking the writ of garnishment must file a motion stating the amount of the judgment.  *Id.* § 77.03.  The writ must state the amount owed and direct the garnishee to serve an answer within 20 days after service of the writ.  *Id.* § 77.04.

Here, Plaintiffs have obtained a judgment against Defendant, Doc. No. 1, and Plaintiffs have a right to a continuing writ of garnishment.  Fla. Stat. §§ 77.01, 77.0305.  The motion states the amount of the judgment, and Plaintiff has attached a proposed writ stating the amount in the motion and directing Garnishee to respond within 20 days.  Doc. Nos. 5, 5-1.

Accordingly, upon consideration, Plaintiffs' motion (Doc. No. 5) is **GRANTED**. *See, e.g.*, *Clayton Realty Co., LLC v. KKM Diagnostic Imaging Grp.*, Inc., No. 5:24-cv-319-JSM-PRL, 2026 WL 904948, at *2 (M.D. Fla. Apr. 2, 2026); *Jacqueslouis*, 2023 WL 360490, at *1.   The Clerk of Court is **DIRECTED** to issue the proposed writ (Doc. No. 5-1).  Plaintiff is **DIRECTED** to comply with Fla. Stat. § 77.041(2).

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties